



# MEMORANDUM OPINION

No. 04-09-00099-CV

Arturo B. **SUAREZ**, Individually, and as Representative of the Estate of Elisa Suarez and
Sylvia S. Suarez, Individually,
Appellants

v.

**TEXAS LUTHERAN UNIVERSITY**, Kandice Holamon Erwin, and Jon N. Moline,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 06-0781-CV
Honorable Joseph H. Hart, Judge Presiding

PER CURIAM

Sitting:       Phylis J. Speedlin, Justice
Rebecca Simmons, Justice
Steven C. Hilbig, Justice

Delivered and Filed: December 9, 2009

DISMISSED

Appellants have filed an agreed motion to dismiss this appeal. We grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Pursuant to the parties' agreement, it is ordered

that each party shall pay its own costs of appeal. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM